NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL HURLEY,                                    )
                                                   )
        Appellant,                            )
                                                   )
v.                                                 )      Case No. 2D18-3555
                                                   )
STATE OF FLORIDA,                                  )
                                                   )
        Appellee.                             )
_____)

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Tom Barber, Judge.

Michael Hurley, pro se.


PER CURIAM.


      Affirmed.



NORTHCUTT, LaROSE, and SMITH, JJ., Concur.